James R. YOCOM, Commissioner, etc., et al., Appellants,

v.

William CURTSINGER et al., Appellees.

Court of Appeals of Kentucky.

Feb. 15, 1974.

Rehearing Denied May 10, 1974.

Gemma M. Harding, Louisville, Robert D. Hawkins, Chief Counsel, Dept. of Labor, Frankfort, Stuart E. Alexander, Louisville, for appellants.

Robert M. Lindsay & John Frith Stewart, Segal, Isenberg, Sales & Stewart, Louisville, for appellees.

Memorandum Opinion of the Court by Justice JONES, Reversing.*

Lowell Scott FIELDS, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Feb. 1, 1974.

Rehearing Denied May 24, 1974.

Ed W. Hancock, Atty. Gen., Carl Miller, Asst. Atty. Gen., Frankfort, for appellant.

Frank Reaves, Jr., Lexington, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

* Opinion ordered not to be published.

Dewayne T. JOHNSON, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

March 15, 1974.

Rehearing Denied May 24, 1974.

Nicholas W. Carlin, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., George Geoghegan, III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

Daisy Lyons MARTIN and Lillian Lyons Williams, Appellants,

v.

ESTATE of Anna Katherine LYONS, Deceased, and the Six Executors of Said Estate, Appellees.

Court of Appeals of Kentucky.

March 15, 1974.

Rehearing Denied May 10, 1974.

Fred M. Goldberg, Goldberg & Lloyd, Louisville, for appellants.

Oldham Clarke, Stites & McElwain, Louisville, for appellees.

Memorandum Opinion of the Court by Special Commissioner J. DOUGLAS GRAHAM, Affirming.*

* Opinion ordered not to be published.